UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WEISS STOKES, et al., | CASE NO. CV 07-8414-AHM (AJWx) |
| Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| MICHAEL LLOYD, | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown before May 2009, to request a Status Conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 10, 2008

A. HOWARD MATZ
United States District Judge